

# COURT OF APPEALS
## SECOND DISTRICT OF TEXAS
### FORT WORTH

## NO. 02-16-00088-CV

| | | |
|---|---|---|
| Timothy Lippoldt | § | From the 355th District Court |
| v. | § | of Hood County (C2015069) |
| Sallie M. Quillian, Individually and as Trustee of the Rozell Quillian 2009 Family Trust | § | December 22, 2016 |
| | § | Opinion by Justice Dauphinot |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was no error in the trial court's judgment. It is ordered that the judgment of the trial court is affirmed.

It is further ordered that Appellant Timothy Lippoldt shall pay all of the costs of this appeal, for which let execution issue.

SECOND DISTRICT COURT OF APPEALS

By _/s/ Lee Ann Dauphinot_____
　　Justice Lee Ann Dauphinot